In the Matter of COUNCIL OF THE CITY OF NEW YORK, Appellant, v MICHAEL R. BLOOMBERG, as Mayor of the City of New York, et al., Respondents.

Submitted December 12, 2005; decided December 15, 2005

Motion by Brennan Center for Justice at New York University School of Law for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

In the Matter of COUNCIL OF THE CITY OF NEW YORK, Appellant, v MICHAEL R. BLOOMBERG, as Mayor of the City of New York, et al., Respondents.

Submitted December 12, 2005; decided December 15, 2005

Motion by Lambda Legal Defense and Education Fund, Inc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

CWM CHEMICAL SERVICES, L.L.C., Appellant, v ARTHUR J. ROTH, as Commissioner of New York State Department of Taxation and Finance, et al., Respondents.

Submitted November 28, 2005; decided December 15, 2005

Motion by General Motors Corporation for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

ESTATE OF BRENDAN BOYLE et al., Appellants, v JAMES SMITH et al., Defendants, and OTTO GARCIA et al., Respondents.

Submitted December 5, 2005; decided December 15, 2005

Motion by American Tort Reform Association for leave to file